
AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Jose Reyes-Velasco

United States Courts
Southern District of Texas
FILED
*June 23, 2022*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-22-1221-M

IAE   YOB: 1993
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **June 23, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Reyes-Velasco was encountered by Border Patrol Agents near Hidalgo, Texas on June 23, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on June 23, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on May 22, 2019, through Brownsville, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Complaint authorized by AUSA E. Rodriguez
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

June 23, 2022    4:17 PM

Nadia S. Medrano                , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Jose E. Diaz
Signature of Complainant
Jose E. Diaz    Border Patrol Agent

Signature of Judicial Officer